THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

Civil Action No.: 5:22-cv-00032-KDB-SCR

ERWIN S. MINGO,

            Plaintiff,

vs.

THE CITY OF MOORESVILLE,

            Defendant.

**DEFENDANT'S CONSENT**
**<u>MOTION TO SEAL</u>**

Defendant Town of Mooresville (the "Town"), which is named in the caption as "The City of Mooresville," respectfully moves the Court with the consent of the Plaintiff and pursuant to Rule 5.2 of the Federal Rules of Civil Procedure and LCvR 6.1, for leave to file under seal its Memorandum in Support of Motion for Summary Judgment (the "Memorandum"), as well as unredacted copies of Exhibits 1-9 to the Town's Motion for Summary Judgment (Doc. No. 16), and all exhibits attached thereto as listed in the Appendix of Exhibits filed in connection therewith (Doc. No. 16-1, and collectively, the "Exhibits"). The Memorandum and Exhibits all reference or contain information that is part of the Plaintiff's "personnel file" under N.C. Gen. Stat. § 160A-168(a), and are therefore arguably considered to be confidential under N.C. Gen. Stat. § 160A-168(c).

Pursuant to Local Rule 6.1, the Court has express authority to seal materials contained in the record. In support of a motion to seal, a party must demonstrate "the necessity and propriety" of sealing the documents at issue. *Hall v. United Air Lines, Inc.*, 296 F. Supp. 2d 652, 680 (E.D.N.C. 2003).

The Town does not believe that an alternative exists to sealing. Unless the foregoing

documents are sealed, they would be available to entities who would not otherwise be entitled to view them.

Pursuant to LCvR 6.1, copies of the Memorandum and Exhibits are being respectfully submitted to the Court for consideration as proposed sealed documents, using the CM/ECF events specifically created for sealed documents, until a ruling has been made deeming those documents sealed.

The Town has consulted with counsel for the Plaintiff regarding the filing of a Motion to Seal, and the Plaintiff's counsel has consented thereto.

Respectfully submitted, this the 11th day of August, 2023.

s/ C. Grainger Pierce, Jr.
C. Grainger Pierce, Jr., N.C. Bar No. 27305
VAN HOY, REUTLINGER, ADAMS & PIERCE, PLLC
737 East Boulevard
Charlotte, NC  28203
Telephone: (704) 375-6022
Facsimile: (704) 375-6024
E-mail: grainger.pierce@vraplaw.com
Attorney for Defendant