IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:22-cv-0032 - KDB - SCR

| | |
|---|---|
| ERWIN S. MINGO, <br><br> Plaintiff, <br><br> v. <br><br> THE CITY OF MOORESVILLE, <br><br> Defendant. | **JOINT NOTICE OF SETTLEMENT** |

NOW COME Plaintiff and Defendant, by and through their undersigned counsel, and hereby notify the Court that the Parties have reached a settlement. Plaintiff and Defendant are in the process of finalizing the settlement terms and respectfully request that the Court stay all pending deadlines and permit the parties thirty (30) days within which to file a stipulation of dismissal with prejudice of all claims.

This 31st day of October, 2023.

| /s/ Geraldine Sumter | /s/ C. Grainger Pierce, Jr. |
|---|---|
| Geraldine Sumter | C. Grainger Pierce, Jr. |
| Ferguson, Chambers & Sumter, P.A. | Van Hoy, Reutlinger, Adams & Pierce, PLLC |
| 309 E. Morehead Street, Suite 110 | 737 East Boulevard |
| Charlotte, North Carolina 28202 | Charlotte, North Carolina 28203 |
| Telephone: 704.375.8461 | Telephone: 704/375-6022 |
| Facsimile: 980.938.4867 | Facsimile: 704/375-6024 |
| E-mail: gsumter@fergusonsumter.com | E-Mail: grainger.pierce@vraplaw.com |
| *Attorney for Plaintiff* | *Attorney for Defendant* |