THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

Civil Action No.: 5:22-cv-00032-KDB-SCR

| | |
|---|---|
| ERWIN S. MINGO,<br><br>        Plaintiff,<br><br>vs.<br><br>THE CITY OF MOORESVILLE,<br><br>        Defendant. | **JOINT MOTION TO<br>CONTINUE TRIAL SETTING** |

The parties, by and through their undersigned counsel, and pursuant to Rule 16(b)(4) of the Federal Rules of Civil Procedure and Local Civil Rule 7.1(f), jointly move and respectfully request that the Court continue the trial of this matter from the December 4, 2023, trial term. In support of this Motion, the parties respectfully show unto the Court as follows:

1. The parties have settled this matter, and previously filed a Joint Notice of Settlement on October 31, 2023 (Doc. No. 36).

2. The parties are currently in the process of circulating the settlement documents, and need additional time to finalize the settlement, at which time a stipulation of dismissal with prejudice will be filed with the Court.

3. The parties have not previously requested that the Court continue the trial of this matter.

4. The parties make this motion in good faith and not for the purpose of causing unnecessary delay of these proceedings.

5. The parties respectfully request a continuance of the trial of this matter for a period

of thirty (30) days, or as soon thereafter as may be scheduled by the Court.

WHEREFORE, the parties respectfully request that the Court continue the trial of this matter.

Respectfully submitted this the 1st day of December, 2023.

| | |
|---|---|
| s/ C. Grainger Pierce, Jr. | s/ Geraldine Sumter |
| C. Grainger Pierce, Jr., N.C. Bar No. 27305 | Geraldine Sumter, N.C. Bar No. 11107 |
| VAN HOY, REUTLINGER, ADAMS & PIERCE, PLLC | FERGUSON CHAMBERS & SUMTER, P.A. |
| 737 East Boulevard | 309 East Morehead Street, Suite 110 |
| Charlotte, NC  28203 | Charlotte, NC  28202 |
| Telephone: (704) 375-6022 | Telephone: (704) 375-8461 |
| Facsimile: (704) 375-6024 | Facsimile: (980) 938-4867 |
| E-mail: grainger.pierce@vraplaw.com | E-mail: gsumter@fergusonsumter.com |
| *Attorney for Defendant* | *Attorney for Plaintiff* |