THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

Civil Action No.: 5:22-cv-00032-KDB-SCR

| | |
|---|---|
| ERWIN S. MINGO,<br><br>        Plaintiff,<br><br>vs.<br><br>THE CITY OF MOORESVILLE,<br><br>        Defendant. | **JOINT STIPULATION OF DISMISSAL<br>WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Erwin S. Mingo and Defendant Town of Mooresville, which is named in the caption as "The City of Mooresville," through their respective counsel, stipulate that the above-captioned action is dismissed in its entirety with prejudice, which each party to bear its own costs.

Respectfully submitted this the 12th day of January, 2024.

| | |
|---|---|
| s/ C. Grainger Pierce, Jr. | s/ Geraldine Sumter |
| C. Grainger Pierce, Jr., N.C. Bar No. 27305 | Geraldine Sumter, N.C. Bar No. 11107 |
| VAN HOY, REUTLINGER,<br>    ADAMS & PIERCE, PLLC | FERGUSON CHAMBERS & SUMTER, P.A. |
| 737 East Boulevard | 309 East Morehead Street, Suite 110 |
| Charlotte, NC 28203 | Charlotte, NC 28202 |
| Telephone: (704) 375-6022 | Telephone: (704) 375-8461 |
| Facsimile: (704) 375-6024 | Facsimile: (980) 938-4867 |
| E-mail: grainger.pierce@vraplaw.com | E-mail: gsumter@fergusonsumter.com |
| Attorney for Defendant | Attorney for Plaintiff |